UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY CARR, | ) |
| | ) CASE NO. C11-0553-RSM-MAT |
| Petitioner, | ) (CR07-333-RSM) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) ORDER RE: PENDING MOTIONS |
| | ) |
| Respondent. | ) |
| | ) |

Petitioner, proceeding *pro se* and *in forma pauperis*, filed a supplemental 28 U.S.C. § 2255 memorandum and motion to conduct an evidentiary hearing (Dkt. 6) and a motion to vacate the referral of jurisdiction to a magistrate judge (Dkt. 9). Now, having considered petitioner's motions, the Court does hereby find and ORDER:

(1)   The Court finds petitioner's request for an evidentiary hearing at this point premature. The Court will, however, consider the request for an evidentiary hearing upon consideration of respondent's answer, and of any subsequent briefing in this matter. As previously directed (*see* Dkt. 8 at 1), respondent shall, in the answer, state its position as to

ORDER RE: PENDING MOTIONS
PAGE -1

whether an evidentiary hearing is necessary.  Respondent shall further consider the content of petitioner's supplemental memorandum in submitting its answer.  Because consideration of petitioner's request to conduct an evidentiary hearing is deferred, the noting date for petitioner's motion (Dkt. 6) is hereby STRICKEN from the calendar.

(2) Petitioner, as noted above, also seeks to vacate the referral to the undersigned in this matter.  He objects to the referring of "jurisdiction" to a magistrate judge, stresses the "importance of the proceedings and the constitutional ramifications," and states that he "does not wish to waive the right to have a Article III judge preside over the § 2255 proceeding." (*Id.*)  However, this matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.  As such, while the undersigned may determine certain non-dispositive pretrial matters and may issue proposed findings of fact and recommendations for disposition on dispositive and certain other matters, the case remains assigned to District Judge Martinez.  This means, in particular, that Judge Martinez will render the final decision on petitioner's request for an evidentiary hearing and for relief in this habeas matter.  Petitioner's motion to vacate the referral to a magistrate judge (Dkt. 9) is, accordingly, DENIED.

(3) The Clerk shall direct copies of this Order to the parties and to Judge Martinez.

DATED this 16th day of May, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PENDING MOTIONS
PAGE -2