UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LEROY CARR, | ) | CASE NO. C11-0553-RSM |
| | ) | (CR07-333-RSM) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | HABEAS PETITION |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition is DENIED without an evidentiary hearing, and this action is DISMISSED;

(3) Petitioner's two motions for "documentary evidence" in the form of a trial exhibit and Grand Jury transcript (Dkt. ##22,23) are DENIED;

(4) Petitioner is DENIED issuance of a certificate of appealability, and

(5) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 21 day of December 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE